DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACOB WEIMER,**
Appellant,

v.

**MERRILL SHATAI,**
Appellee.

No. 4D2023-2638

[June 6, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Olga Maria Gonzalez-Levine, Judge; L.T. Case No. COWE23002967.

Jacob Weimer, Sunrise, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***